UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/09
```

KOK WONG,

               Plaintiff,

-v-

HUNDA GLASS CORP., *et al.*,

               Defendants.

No. 09 Civ. 4402 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiff stating that Defendants are refusing to comply with their discovery obligations. As counsel are aware, this Court's individual practices require that all discovery disputes be raised in a joint letter from the parties to the Court.

    IT IS HEREBY ORDERED that the parties shall submit a joint letter, in compliance with Section 2.F of the Court's individual practices, no later than 5:00 p.m. on Monday, October 5. Counsel refusing to participate in the preparation of the joint letter shall be subject to further sanctions.

SO ORDERED.

DATED:    September 30, 2009
               New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE