UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/09
```

KOK WONG,

                Plaintiff,

-v-

HUNDA GLASS CORP., *et al.*,

                Defendants.

No. 09 Civ. 4402 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from the parties (1) describing various discovery disputes, (2) advising the Court that the parties are presently scheduling a settlement conference before Judge Ellis, and (3) stating that, if settlement is not reached, the parties intend to reconvene to agree upon an extended discovery schedule.

    Pursuant to the case management plan adopted June 24, 2009, discovery is scheduled to close October 15, 2009; pre-motion letters are due October 19, 2009, and the parties are to appear for a pre-motion conference on November 10, 2009. IT IS THEREFORE HEREBY ORDERED that within five days of the settlement conference, but in no event later than October 15, 2009, the parties shall submit a status letter and, if necessary, a revised joint proposed discovery schedule.

SO ORDERED.

DATED:    October 5, 2009
                New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE