```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 - 23 - 09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOK WONG, on behalf of
himself and all others similarly situated

                      Plaintiff,

        - against -

HUNDA GLASS CORP., et al.,

                      Defendants.

ORDER

09 Civ. 4402 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following an initial conference on November 17, 2009,

**IT IS HEREBY ORDERED THAT** all discovery in this case shall be completed on

**February 12, 2010**.

**SO ORDERED this 23rd day of November 2009**
New York, New York

*[signature]*

The Honorable Ronald L. Ellis
United States Magistrate Judge